

A2235032 I25052

FOREVER

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

4/8/2015 2:50:48 PM

DEBBIE AUTREY
Clerk

— Legal Mail —

Mr. Darrian Davis - Sanders
# 01957802
Eastham Unit - TDCJ #1
2665 Prison Road #1
Lovelady, Texas 75851

Ben Hoover
Attorney et Law
414 W. Sam Rayburn
Bonham Tx 75418